## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE WESTERN DISTRICT OF TEXAS

### EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | * | Chapter 13 |
| | * | |
| LUIS  ANTONIO ROMAN | * | |
| VERONICA ROMAN | * | |
| | * | |
| Debtors | * | Bankruptcy No.  16-30898 |

### AMENDED
### CHAPTER 13 PLAN

Attached hereto and made a part hereof is the Debtors' Amended CHAPTER 13 PLAN, where wife is being added to be paid outside the plan for Child Support.

DATED this the ___19___ day of ___July___, 2016.

Respectfully submitted,

_____
LUIS  ANTONIO ROMAN

_____
VERONICA ROMAN

_____
EDGAR J. BORREGO, SBN 00787107
MIGUEL A. FLORES, SBN 24036574
MARISSA A. MARTINEZ, SBN 24087985
Attorneys for Debtors
2610 Montana Avenue
El Paso, TX  79903
(915) 566-4300
efile@tanzyborrego.com

### CERTIFICATE OF SERVICE

I hereby certify that I have mailed/delivered a true and correct copy of the foregoing instrument via electronic means as listed on the court's ECF noticing system or by regular first class mail to all on the attached matrix on this the ___21___ day of ___July___, 2016.

_____
EDGAR J. BORREGO/MIGUEL A. FLORES/MARISSA A. MARTINEZ

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE WESTERN DISTRICT OF TEXAS

## EL PASO DIVISION

IN RE:  Luis Antonio Roman       \*

        Veronica Roman       \*     Case No. 16-30898

                                   \*

        Debtor(s)           \*     Chapter 13 Proceeding

## ☒AMENDED  ☐MODIFIED
## DEBTOR(S) CHAPTER 13 PLAN
## AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE

*Creditors are hereby notified that the following Plan may be amended at any time before confirmation. Any amendment may affect your status as a creditor. The Debtor(s) estimate of how much the Plan will pay, projected payments, and estimates of the allowed claims may also change. The following information advises creditors of the status of the case based on the information known at the time of its preparation. Any special concerns of a creditor may justify attendance at the Meeting of Creditors and such other action as may be appropriate under the circumstances. More detailed information is on file at the Office of the United States Bankruptcy Clerk in El Paso or Waco, Texas. Local Bankruptcy Rules and Standing Orders on procedures are available at the Clerk's Office and online at www.txwb.uscourts.gov.*

*Use of the singular word "Debtor" in this plan includes the plural where appropriate.*

## Plan Summary

A.     The Debtor(s) plan payment will be __$725.00__ per month, paid by ☒ Pay Order or ☐ Direct Pay, for _60_ months. **$334.62 to be deducted from Debtor's Bi-Weekly wages at Rehabilitation Hospital of Southern New Mexico.** The gross amount to be paid into the Plan is __$43,500.00__.

B.     The Plan proposes to pay all allowed priority claims in full, all secured claims to the extent of the value of the collateral or the amount of the claim, whichever amount is provided for in Section VI below, and approximately _9_ % of each unsecured allowed claim.

THIS PLAN DOES NOT ALLOW CLAIMS. YOU MUST FILE A PROOF OF CLAIM BY THE APPLICABLE DEADLINE TO RECEIVE DISTRIBUTIONS UNDER ANY PLAN THAT MAY BE CONFIRMED. CREDITORS ARE REFERRED TO THE FEDERAL RULES OF BANKRUPTCY PROCEDURE, THE LOCAL BANKRUPTCY RULES FOR THE WESTERN DISTRICT OF TEXAS, AND THE APPLICABLE STANDING ORDER RELATING TO CHAPTER 13 CASE ADMINISTRATION FOR THIS DIVISION, FOR INFORMATION ON THESE AND OTHER DEADLINES.

C.     The value of the Debtor(s) non-exempt assets is __$0.00__.

D.     If the payment of any debt is proposed to be paid directly by the Debtor(s) outside the Plan, it is so noted in Section VI(1), set forth below.

## Plan Provisions

### I. Vesting of Estate Property

☐ Upon confirmation of the Plan, all property of the estate shall vest in the Debtor and shall not remain as property of the estate.

☒ Upon confirmation of the Plan, all property of the estate shall not vest in the Debtor, but shall remain as property of the estate.

☐ Other (describe):

### II. Pre-Confirmation Disbursements

In accordance with the applicable Standing Order Relating to Chapter 13 Case Administration, the Debtor requests and consents to disbursement by the Chapter 13 Trustee of payments prior to confirmation of the Plan to evidence the Debtor(s) good faith, promote successful completion of the case, and to provide adequate protection to secured creditors. The Debtor shall remit such payments to the Trustee commencing 15 days after the filing of the petition. Provided all conditions for disbursement are met and unless otherwise ordered by the Court, the Trustee shall begin disbursing to creditors as provided below, on the first regularly scheduled disbursement after 30 days after the petition is filed. Payments under this paragraph will cease upon confirmation of the Plan.

| Creditor/Collateral | Pre-Confirmation Payment Amount | Other Treatment Remarks |
|---|---|---|
| | | |

### III. Executory Contracts/Unexpired Leases/Contracts for Deed

Pursuant to 11 U.S.C. § 1322(b)(7) of the Bankruptcy Code, the Debtor hereby elects to assume the following executory contracts, unexpired leases, and/or contracts for deed, if any:

- NONE -

Pursuant to 11 U.S.C. § 1322(b)(7) of the Bankruptcy Code, the Debtor hereby elects to reject the following executory contracts, unexpired leases, and/or contracts for deed, if any:

- NONE -

### IV. Motion to Value Collateral Pursuant to 11 U.S.C. § 506

The Trustee shall pay allowed secured claims, which require the filing of a proof of claim, to the extent of the value of the collateral or the amount of the claim, whichever amount is provided for in Section VI(2), hereof, plus interest thereon at the rate specified in this Plan. Except for secured claims for which provision is made to pay the full amount of the claim not withstanding the value of the collateral, the portion of any allowed claim that exceeds the value of the collateral shall be treated as an unsecured claim under Section VI(2)(F).

The Debtor(s) move(s) to value the collateral described below in the amounts indicated. The values as stated below represent the replacement values of the assets held for collateral, as required under Section 506(a)(2). Objections to valuation of collateral proposed by this Motion and Plan must be filed no later than ten (10) days prior to the confirmation hearing date. If no timely response or objection is filed, the relief requested may be granted in conjunction with confirmation of the Plan.

| Creditor/Collateral | Estimated Claim | Value of Collateral | Monthly Payment or Method of Disbursement | Interest Rate | Anticipated Total to Pay | Other Treatment/ Remarks |
|---|---|---|---|---|---|---|
| Conn's Refrigerator and Bedroom | $1,100.00 | $550.00 | Pro-rata, estimated payment to be $16.67 | 5.5% | $550.00 | Condition is Fair, Date of purchase is 9/14 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Conn's<br>TV, Stove, Sofa | $3,324.00 | $1,150.00 | Pro-rata, estimated payment to be $34.85 | 5.5% | $1,150.00 | Condition is Good, Date of purchase is 11/25/14 |
| Conn's<br>TV, Sound Bar, Blu-Ray | $1,292.00 | $380.00 | Pro-rata, estimated payment to be $11.52 | 5.5% | $380.00 | Condition is Fair, Date of purchase is 1/18/15 |
| Conn's/Syncb<br>Washer | $734.00 | $400.00 | Pro-rata, estimated payment to be $12.12 | 5.5% | $400.00 | Condition is Good, Date of purchase is 3/15 |

"I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on ___7-19-16___, 2016.

Debtor  **Luis Antonio Roman**                    Co-Debtor  **Veronica Roman**

### V. Motion to Avoid Lien Pursuant to 11 U.S.C. § 522(f)

The Bankruptcy Code allows certain liens to be avoided. If a lien is avoided, the claim will not be treated as a secured claim but as an unsecured claim under Section VI(2)(F).

The Debtor moves to avoid the following liens that impair exemptions. Objections to lien avoidance as proposed in this Plan must be filed no later than ten (10) days prior to the confirmation hearing date. If not timely objection is filed, the relief requested maybe granted in conjunction with confirmation of the Plan. (Debtor must list the specific exempt property that the lien impairs and the basis of the lien (e.g., judicial lien, nonpurchase-money security interest, etc.)

| Creditor | Property Subject to Lien | Amount of Lien to Be Avoided | Remarks |
|---|---|---|---|
| Personal Credit Plan | Household goods | $2,040.00 | |

### VI. Specific Treatment for Payment of Allowed Claims

### 1. PAYMENTS TO BE MADE BY THE DEBTOR DIRECTLY TO CREDITORS, INCLUDING POST-PETITION DOMESTIC SUPPORT OBLIGATIONS

A. Debtor(s) shall pay the following creditors directly. Creditors with claims based on a post-petition domestic support obligation ("DSO"), including all governmental units to which a DSO claim has been assigned, or is owed, or that may otherwise recover a DSO claim, must be paid directly. Minors should be identified by their initials only. If no DSO creditor is listed, the Debtor represents he/she has no domestic support obligation.

All direct payments listed below shall be made in addition to the Plan payments made by Debtor to the Chapter 13 Trustee as herein set forth. Secured creditors who are paid directly shall retain their liens, and the Debtor(s) shall maintain insurance on the collateral, in accordance with the terms of the documents creating the lien on the collateral.

| Creditor/Collateral, if any (including the name of each DSO creditor) | Remarks | Debt Amount | Payment Amount/Interval |
|---|---|---|---|
| Veronica Roman<br>To be Paid Outside the Plan | Child Support | $0.00 | $1,345.00/month |

B. Debtor surrenders the following collateral. Confirmation of the Plan shall operate to lift the automatic stay provided by 11 U.S.C. § 362(a) with respect to the collateral listed, and any unsecured deficiency claim may be filed in accordance with the procedures set forth in the Standing Order Relating to Chapter 13 Case Administration for this Division.

| Creditor/Collateral | Collateral to Be Surrendered |
|---|---|
| - NONE - | |

## 2. PAYMENTS TO BE MADE BY TRUSTEE TO CREDITORS

### A. Administrative Expenses

Administrative Expenses shall include the Trustee's commission and debtor(s) attorney's fees. The Trustee shall receive up to 10% of all sums disbursed, except on any funds returned to the Debtor. No fees or expenses of counsel for the debtor(s) may be paid until the filing fee is paid in full, and any fees and expenses that are allowed in addition to the fees and expenses originally agreed to be paid, may be paid only after all prior allowed fees and expenses have been paid.

| Creditor | Estimated Amount of Debt | Payment Method: before secured creditors, after secured creditors, or along with secured creditors | Remarks |
|---|---|---|---|
| Tanzy & Borrego Law Offices | $3,600.00 | Along With | The trustee shall make distribution of the base fee awarded in the confirmation order equal to one month's plan payment for up to the first four months of the term of the plan. The remainder of the base fee due the attorney (if any) shall be paid at the rate of $100 a month until paid in full. |

### B. Priority Claims, Including Domestic Support Obligation Arrearage Claims

| Creditor | Estimated Amount of Debt | Payment Method: before secured creditors, after secured creditors, or along with secured creditors | Remarks |
|---|---|---|---|
| Internal Revenue Service | $5,796.00 | After | 1040 2015 Taxes |

### C. Arrearage Claims

| Creditor/Collateral | Estimated Claim | Estimated Value of Collateral | Monthly Payment or Method of Disbursement | Interest Rate | Anticipated Total to Pay | Other Treatment/ Remarks |
|---|---|---|---|---|---|---|
| - NONE - | | | | | | |

### D. Cure Claims on Assumed Contracts, Leases, and Contracts for Deed:

| Creditor/Subject Property, if any | Estimated Amount of Cure Claim | Monthly Payment or Method of Disbursement | Remarks |
|---|---|---|---|
| - NONE - | | | |

### E. Secured Creditors

Secured creditors shall retain their liens on the collateral that is security for their claims until the earlier of the date the underlying debt, as determined under non-bankruptcy law, has been paid in full, or the date of discharge under 11 U.S.C. § 1328. Therefore, if the debtor's case is dismissed or converted without completion of all Plan payments, the liens shall be retained by the creditors to the extent recognized by applicable non-bankruptcy law.

| Creditor/ Collateral | Estimated Claim | Value of Collateral | Monthly Payment or Method of Disbursement | Interest Rate | Anticipated Total to Pay | Other Treatment/ Remarks (specifically note if claim amount to be paid although greater than value of collateral) |
|---|---|---|---|---|---|---|
| Conn's Refrigerator and Bedroom | $1,100.00 | $550.00 | Pro-rata, estimated payment to be $16.67 | 5.5% | $550.00 | |
| Conn's TV, Stove, Sofa | $3,324.00 | $1,150.00 | Pro-rata, estimated payment to be $34.85 | 5.5% | $1,150.00 | |
| Conn's TV, Sound Bar, Blu-Ray | $1,292.00 | $380.00 | Pro-rata, estimated payment to be $11.52 | 5.5% | $380.00 | |
| Conn's/Syncb Washer | $734.00 | $400.00 | Pro-rata, estimated payment to be $12.12 | 5.5% | $400.00 | |
| GM Financial 2008 Ford Expedition | $13,069.00 | $15,112.00 | Pro-rata, estimated payment to be $396.09 | 5.5% | $13,069.00 | Agreement,Fully Secured |

F. General Unsecured Creditors (including claims from rejection of contracts, leases and contracts for deed). *Describe treatment for the class of general unsecured creditors.*

| Creditor | Claim Amount | Remarks |
|---|---|---|
| ANES Assoc. of Texas | $255.00 | |
| Armida Moreno, MD | $58.00 | |
| Aspire/Compu Credit | $2,014.00 | |
| Attorney General | $0.00 | |
| Avant Credit | $139.00 | |
| Bedford Fair Apparel | $376.00 | |
| Best Buy/ HSBC | $1,251.00 | |
| Capital One | $1,412.00 | |
| Capital One | $401.00 | |
| Chase | $2,046.00 | |
| Chase | $1,174.00 | |
| *Conn's | $550.00 | |
| *Conn's | $2,174.00 | |
| *Conn's | $912.00 | |
| *Conn's/Syncb | $334.00 | |
| Country Door | $100.00 | |
| Credit First Firestone | $1,415.00 | |
| Credit One Bank | $688.00 | |
| Credit One Bank | $3,231.00 | |
| Credit One Bank | $3,231.00 | |
| Dillard's | $1,391.00 | |
| Direct TV | $500.00 | |
| Dish | $256.00 | |
| Dish Network | $247.00 | |
| Doubleday Book Club | $110.00 | |

| | | |
|---|---|---|
| Edfinancial | $9,044.00 | |
| FIGI's Inc. | $80.00 | |
| FIGI's Inc. | $100.00 | |
| Fingerhut Corporation | $1,684.00 | |
| Fingerhut Corporation | $1,200.00 | |
| First National Bank Texas | $10.44 | |
| Flurish Inbc dba LendUp | $396.00 | |
| GDH319-GDHE El Paso | $13.00 | |
| GDH319-GDHE El Paso | $115.00 | |
| GE Money Bank | $1,337.00 | |
| Gettington | $350.00 | |
| Ginny's | $148.00 | |
| Gordon's | $1,011.00 | |
| Greater Dallas Healthcare Enterprise | $53.00 | |
| Gyn Path Services Inc. | $39.90 | |
| Hospitals of Providence - Sierra | $605.00 | |
| HSBC | $1,147.00 | |
| JC Penney/Syncb | $1,200.00 | |
| Joe Mendoza, MD PA | $11.00 | |
| Karate | $2,820.00 | |
| Laboratory Corporation of America | $79.00 | |
| LendUp | $200.00 | |
| Macy's | $3,661.00 | |
| Medical Edge Healthcare Group, PA | $807.00 | |
| MedPost UrgentCare - El Paso Viscount | $23.00 | |
| Merrick Bank | $2,596.00 | |
| Merrick Bank | $2,596.00 | |
| Mervyns/GE Money Bank | $500.00 | |
| Mervyns/GE Money Bank | $0.00 | |
| Midnight Velvet | $220.00 | |
| Military Star | $871.00 | |
| Military Star | $4,285.00 | |
| Monroe & Main | $304.00 | |
| Montgomery Ward | $267.00 | |
| Music & Arts | $532.00 | |
| Nautilus | $0.00 | |
| Navy Exchange Recruit | $0.00 | |
| Northbank Emergency Physicians | $709.00 | |
| Pallinoso | $708.00 | |
| Pathology Associates of El Paso | $32.00 | |
| Personal Credit Plan | $925.00 | |
| Personal Credit Plan | $2,040.00 | |
| Progressive Insurance Company | $112.16 | |
| Providence Imaging Consultants PA | $122.00 | |
| Providence Memorial Hospital | $75.00 | |
| Publishers Clearing House | $71.00 | |
| Quest Diagnostic | $13.00 | |
| Robert B. Asgharian MD | $221.00 | |
| Sam's Club/Syncb | $745.00 | |
| Sam's Club/Syncb | $3,000.00 | |
| Samuel/Commenity Bank | $0.00 | |
| Seventh Avenue | $300.00 | |
| Sierra Campus | $23.00 | |

| | | |
|---|---|---|
| Sierra Medical Center | $1,199.00 | |
| Social Security Administration | $5,348.00 | |
| Social Security Administration | $3,479.00 | |
| Sol City Urgent Care Physicians | $301.00 | |
| Swiss Colony | $510.00 | |
| T Mobile | $3,344.00 | |
| Target Card Services | $1,016.00 | |
| Target Card Services | $3,320.00 | |
| Tenet Healthsystem Medical | $0.00 | |
| The Cash Store | $600.00 | |
| Tier 1 Physical Therapy and Sports | $70.00 | |
| Walmart/Synchrony Bank | $409.00 | |
| Walmart/Synchrony Bank | $1,200.00 | |
| Walmart/Synchrony Bank | $0.00 | |
| Washington Mutual Bank | $1,373.00 | |
| Washington Mutual Bank | $0.00 | |

* Indicates the unsecured portion of a Secured Claim, the nonpriority portion of a Priority Claim, or the full amount of an avoided Secured Claim.


**Totals:**

Administrative Claims  $3,600.00
Priority Claims  $5,796.00
Arrearage Claims  $0.00
Cure Claims  $0.00
Secured Claims  $15,549.00
Unsecured Claims  $93,835.50


## VII.  Supplemental Plan Provisions

The following are the Supplemental Plan Provisions:

1. Unless the plan is a full pay plan, all of the debtor's projected disposable income to be received in the three-year period for under median income Debtors or five years for over median income Debtors beginning on the date that the first payment is due under the plan will be applied to make payments under the plan.

2. If any secured proof of claim is filed for a debt that was either not listed or listed as unsecured, the claim shall be allowed as secured unless it is objected to. Said claim shall be paid under the plan at 6% interest. Likewise, if any priority proof of claim is filed for a debt that was either not listed or listed as unsecured, the claim shall be allowed as priority unless it is objected to. Said priority claim shall not be paid with any interest.

3. If a creditor is listed as secured and scheduled to receive pre-confirmation disbursements and post-confirmation payments along with the other secured creditors, but such creditor subsequently files an unsecured claim, then the creditor will not receive any pre-confirmation disbursements and upon confirmation will be paid along with the other unsecured creditors pursuant to the terms of the plan. The funds that were allocated to such creditor as a pre-confirmation disbursement, if any, will be distributed on a pro-rata basis to the other secured creditors. Similarly, the funds scheduled to be received by such creditor along with other secured creditors upon confirmation will also be distributed to the other secured creditors on a pro-rata basis.

4. The Debtor shall pay into the Plan for the payment of creditors a full payment within 30 days of filing this Plan or petition and each subsequent payment on the same day of each month thereafter for the duration of the Plan.

5. SHELTER: Any unscheduled arrearage claim on the Debtor's Mortgage, including any Bankruptcy fees, shall be paid under the plan.

6. TAX CLAIMS: Notwithstanding paragraph 2, any unscheduled secured claim filed by any taxing authority shall be paid under the plan with the interest rate specified on the face of the claim.

7. EARLY COMPLETION: Under median income debtors that have been under the plan for at least 36 months shall receive a discharge at any time once the plan base is paid off.

8. VALUATION OF COLLATERAL: CREDITORS SHALL TAKE NOTICE THAT A VALUE DETERMINATION OF THE CREDITOR'S COLLATERAL SHALL BE MADE AT THE CONFIRMATION HEARING. NOTICE OF RES JUDICATA EFFECT OF THE CONFIRMATION

ORDER. The value of collateral as provided for in the debtor(s) schedules and plan shall be the value determination made by the Court by confirmation of the plan, unless a timely objection to confirmation is filed by the creditor. The objection must specifically object to the proposed valuation and request a hearing thereon. Any objection to valuation will be heard at the confirmation hearing, and no plan will be confirmed until the valuation objection is resolved. The confirmation order shall result in res judicata of all valuation issues. Should the creditor file a proof of claim which asserts a collateral valuation that differs from the debtor(s) valuation, but fails to object to the confirmation of debtor(s) plan, such creditor's valuation shall be void as set out in this paragraph.

9. SURRENDER COLLATERAL: In the event any collateral securing a claim is subsequently surrendered, either before or after confirmation, the creditor will then have 120 days from the date of surrender to amend their claim for any unsecured deficiency amount, if any. In the event that the creditor does not amend their claim, it is assumed that the claim has been satisfied in full by the surrender, and the trustee shall not disburse any further payment to such creditor and any deficiency shall be discharged upon completion of the case.

10. Duly filed and allowed unsecured claims shall receive a pro-rata distribution after payment of all Priority, Secured and administrative expenses. If unsecured claims will not be paid in full, neither payments nor duration of the Plan will be increased merely because the Plan projected a higher percentage payout based upon information available to the Debtor at the time the Plan was filed. The percentage payout to general unsecured creditors is just an estimate and the actual payout may differ based on claims actually filed. Any balance remaining on dischargeable unsecured claims after the payments provided for herein, shall be discharged.

11. Creditors holding claims against the Debtor's real estate which are being treated pursuant to 11 U.S.C. 1322(b)(5) may send monthly billing statements to the Debtor, but may not seek payment directly from the Debtor for any pre-petition claim.

Respectfully submitted this __19__ day of __July__, 2016.

_____
Attorney for Debtor
**Edgar Borrego 00787107**
**Miguel Flores 24036574**
**Marissa A. Martinez 24087985**

2610 Montana Avenue
El Paso, TX 79903
(915) 566-4300
Fax: (915) 566-1122

_____
Debtor **Luis Antonio Roman**
7956 Porche St.
El Paso, TX 79904

_____
Co-Debtor **Veronica Roman**
7956 Porche St.
El Paso, TX 79904

Label Matrix for local noticing
0542-3
Case 16-30898-hcm
Western District of Texas
El Paso
Tue Jul 19 15:14:33 CDT 2016

U.S. BANKRUPTCY COURT
511 E. San Antonio Ave., Rm. 444
EL PASO, TX 79901-2415

AMES Assoc. of Texas
Lockbox 4772 P.O. Box 8500
Philadelphia, PA 19178-0001

AmeriCredit Financial Services, Inc. dba GM
P O Box 183853
Arlington, TX 76096-3853

American InfoSource LP as agent for
T Mobile/T-Mobile USA Inc
PO Box 248848
Oklahoma City, OK 73124-8848

Armida Moreno, MD
1810 Murchison Dr.
Suite 110
El Paso, TX 79902-2906

Aspire/Compu Credit
P.O. Box 105555
Atlanta, GA 30348-5555

Attorney General
10th & Constitution N.W.
Main Justice Bldg. #5111
Washington, DC 20530-0001

Avant Credit
640 Lasalle Suite 535
Chicago, IL 60654-3731

Bedford Fair Apparel
421 Landmark Drive
Wilmington, NC 28410-0001

Bedford Fair Apparel
c/o Asset Acceptance LLC
P.O. Box 795161
San Antonio, TX 78279-5161

Bedford Fair Apparel
c/o Monarch Recovery Management
10965 Decatur Road
Philadelphia, PA 19154-3210

(p)HSBC BANK
ATTN BANKRUPTCY DEPARTMENT
PO BOX 5213
CAROL STREAM IL 60197-5213

CREDIT FIRST N A
PO BOX 818011
CLEVELAND OH 44181-8011

Capital One
P.O. Box 30285
Salt Lake City, UT 84130-0285

Capital One
c/o First National Collection Bureau
610 Waltham Way
Sparks, NV 89434-6695

Capital One
c/o LVNV Funding
P.O. Box 10587
Greenville, SC 29603-0587

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC 28272-1083

Chase
P.O. Box 15298
Wilmington, DE 19850-5298

Conn's
P.O. Box 815867
Dallas, TX 75381-5867

Conn's
c/o Allied Interstate, Inc.
P.O. Box 436
Minneapolis, MN 55440-0436

Conn's
c/o Charlotte Foutz, Attorney
3295 College
Beaumont, TX 77701-4611

Conn's/Syncb
P.O. Box 965033
Orlando, FL 32896-5033

Conn's/Syncb
c/o Allied Interstate, Inc.
P.O. Box 436
Minneapolis, MN 55440-0436

Conn's/Syncb
c/o NCC Business Services, Inc.
9428 Baymeadows Rd.
Suite 200
Jacksonville, FL 32256-7912

Conns Appliances Inc. as Attorney-in-Fact an
P.O. Box 2358
Beaumont, TX 77704-2358

Country Door
1112 7th Avenue
Monroe, WI 53566-1364

Credit First Firestone
P.O. Box 81315
Cleveland, OH 44181-0315

Credit First Firestone
c/o Client Services, Inc.
3451 Harry S. Truman Blvd
Saint Charles, MO 63301-4047

Credit One Bank
P.O. Box 98878
Las Vegas, NV 89193-8878

Credit One Bank
c/o First National Collection Bureau
610 Waltham Way
Sparks, NV 89434-6695

Credit One Bank
c/o JC Christensen & Associates, Inc.
P.O. Box 519
Sauk Rapids, MN 56379-0519

Credit One Bank
c/o LVNV Funding
P.O. Box 10587
Greenville, SC 29603-0587

Dillard's
Attn: Bankruptcy Department
P.O. Box 14517
Des Moines, IA 50306-3517

Dillard's
c/o Portfolio Recovery Associates
120 Corporate Blvd
Ste 100
Norfolk, VA 23502-4962

Direct TV
P.O. Box 29079
Glendale, CA 91209-9079

Dish
P.O. Box 94063
Palatine, IL 60094-4063

Dish Network
P.O. Box 94063
Palatine, IL 60094-4063

Doubleday Book Club
Member Service Center
PO Box 916400
Rantoul, IL 61866-6400

Doubleday Book Club
c/o RJM Acquisitions, LLC
575 Underhill Blvd.
Suite 224
Syosset, NY 11791-3416

Edfinancial
P.O. Box 36008
Knoxville, TN 37930-6008

Edfinancial Services on behalf of TGSLC
Texas Guaranteed Student Loan Corporatio
PO Box 83100
Round Rock, TX 78683-3100

FIGI's Inc.
3200 S. Maple Ave.
Marshfield, WI 54404-0002

Figi's Companies Inc.
c/o Creditors Bankruptcy Service
P.O. Box 800849
Dallas, TX 75380-0849

Fingerhut Corporation
6250 Ridgewood Rd.
Saint Cloud, MN 56395-2001

Fingerhut Corporation
c/o Firstsource Advantage LLC
205 Bryant Woods South
Buffalo, NY 14228-3609

(p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

Fingerhut Corporation
c/o Malcolm S. Gerald and Associates Inc
332 South Michigan Avenue
Suite 600
Chicago, IL 60604-4318

First National Bank Texas
P.O. Box 756
Killeen, TX 76540-0756

First National Bank Texas
c/o GC Services Limited Partnership
Collection Agency Division
6330 Gulfton
Killeen, TX 76540

Flurish Inbc dba LendUp
3111 Camino Del Rio N #400
San Diego, CA 92108-5724

Flurish Inbc dba LendUp
c/o Bastion Funding, TX
64 Wall St Ste 200
Norwalk, CT 06850-3403

GDH319-GDHE El Paso
P.O. Box 840711
Dallas, TX 75284-0711

GDH319-GDHE El Paso
c/o M.A.C.D., Inc.
134 S. Tampa St.
Tampa, FL 33602-5354

GE Money Bank
Attn: Bankruptcy Dept.
P.O. Box 103106
Roswell, GA 30076-9106

GE Money Bank
c/o Capital Management Services
726 Exchange Street
Suite 700
Buffalo, NY 14210-1464

GE Money Bank
c/o National Action Financial Services
P.O. Box 9027
Buffalo, NY 14231-9027

GM Financial
P.O.Box 183593
Arlington, TX 76096-3593

Gettington
6250 Ridgewood Rd.
Saint Cloud, MN 56303-0820

Ginny's
1112 7th Avenue
Monroe, WI 53566-1364

Gordon's
Attn: Bankruptcy
P. O. Box 6497
Sioux Falls, SD 57117-6497

Greater Dallas Healthcare Enterprise
P.O. Box 840711
Dallas, TX 75284-0711

Gyn Path Services Inc.
8815 Dyer Street, Suite 200
El Paso, TX 79904-2035

HSBC
Card Services
P.O. Box 80084
Salinas, CA 93912-0084

HSBC
c/o LVNV Funding
P.O. Box 10587
Greenville, SC 29603-0587

Hospitals of Providence - Sierra
1625 Medical Center St.
El Paso, TX 79902-5005

IRS
POB 7346
Philadelphia, PA 19101-7346

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Internal Revenue Service
Special Procedures Staff - Insolvency
P.O. Box 7346
Philadelphia, PA 19101-7346

JC Penney/Syncb
Attn: Bankruptcy Dept
P.O Box 965007
Orlando, FL 32896-5007

Joe Mendoza, MD PA
5959 Gateway West Suite 120
El Paso, TX 79925-3315

Laboratory Corporation of America
P.O. Box 2240
Burlington, NC 27216-2240

Laboratory Corporation of America
c/o LCA Collections
P.O. Box 2240
Burlington, NC 27216-2240

LendUp
3111 Camino Del Rio N #400
San Diego, CA 92108-5724

Macy's
Bankruptcy Processing
P.O. Box 8053
Mason, OH 45040-8053

Macy's
c/o Capital Management Services
2365 Northside Drive
Suite 300
San Diego, CA 92108-2709

MedPost UrgentCare - El Paso Viscount
P.O. Box 844691
Dallas, TX 75207

Medical Edge Healthcare Group, PA
9229 LBJ Freeway
Dallas, TX 75243-3405

Medical Edge Healthcare Group, PA
c/o Credit Systems International
PO BOX 1088
Arlington, TX 76004-1088

Merrick Bank
P.O. Box 9201
Old Bethpage, NY 11804-9001

Mervyns/GE Money Bank
Attn: Bankruptcy Department
P.O. Box 965005
Orlando, FL 32896-5005

Midnight Velvet
1112 7th Avenue
Monroe, WI 53566-1364

Military Star
P.O. Box 830031
Baltimore, MD 21283-0031

Monroe & Main
1112 7th Avenue
Monroe, WI 53566-1364

Montgomery Guard
c/o Merchants Credit Guide
223 W. Jackson Blvd
Ste. 410
Chicago, IL 60606-6914

Montgomery Ward
P.O. Box 2789
Cedar Rapids, IA 52406-2789

Montgomery Ward
c/o Creditors Bankruptcy Service
P.O. Box 800849
Dallas, TX 75380-0849

Music & Arts
Collection Department
P.O. Box 351
Frederick, MD 21705-0351

Music & Arts
c/o Credit America
101 Grovers Mill Rd.
Suite 303
Lawrence Township, NJ 08648-4706

Music & Arts
c/o Transworld Systems, Inc.
9525 Sweet Valley Drive
Valley View, OH 44125-4237

Nautilus
Retail Services
P.O. Box 15521
Wilmington, DE 19850-5521

Northbank Emergency Physicians
P.O. Box 13853
Philadelphia, PA 19101-3853

Northbank Emergency Physicians
c/o Bay Area Credit Service, LLC.
1901 W. 10th Street
Antioch, CA 94509-1380

Northbank Emergency Physicians
c/o Capital Management Services
726 Exchange Street
Suite 700
Buffalo, NY 14210-1464

Northbank Emergency Physicians
c/o Commonwealth Financial Systems
245 Main St.
Scranton, PA 18519-1641

Northbank Emergency Physicians
c/o Pendrick Capital Partners
6029 Ridge Ford Dr
Burke, VA 22015-3650

Pallinoso
651 Broad St
Middletown, DE 19709

Pallinoso
c/o Receivables Performance Management,
20816 44th Ave W.
Lynnwood, WA 98036-7744

Pathology Associates of El Paso
P.O. Box 744127
Dallas, TX 75374-4127

Personal Credit Plan
9155 Dyer
El Paso, TX 79924-6424

Personal Credit Plan
9155 Dyer St.
Suite D4
El Paso, TX 79924-6424

Progressive Insurance Company
P.O. Box 2931
Austin, TX 78768

Progressive Insurance Company
c/o Credit Collection Services
Two Wells Avenue
Newton Center, MA 02459-3225

Providence Imaging Consultants PA
P.O. Box 21568 Dept. 302
Tulsa, OK 74121-1568

Providence Imaging Consultants PA
c/o Credit Management
4200 International Parkway
Carrollton, TX 75007-1912

Providence Memorial Hospital
Box 830913
Birmingham, AL 35283-0913

Providence Memorial Hospital
c/o Central Financial Control
Box 830913
Birmingham, AL 35283-0913

Publishers Clearing House
382 Channel Drive
Port Washington, NY 11050-2297

Publishers Clearing House
c/o Sunrise Credit Services, Inc.
P.O. Box 9100
Farmingdale, NY 11735-9100

Quantum3 Group LLC as agent for
Sadino Funding LLC
PO Box 788
Kirkland, WA  98083-0788

Quest Diagnostic
P.O. Box 740779
Cincinnati, OH 45274-0779

Recovery Management Systems Corporation
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131-1605

Robert B. Asgharian MD
9398 Viscount Blvd.
Bldg. 2
El Paso, TX 79925-8028

Sam's Club'Syncb
c/o Northland Group
P.O. Box 390846
Edina, MN 55439-0846

Sam's Club/Syncb
Attn: Bankruptcy Dept.
P.O. Box 965005
Orlando, FL 32896-5005

Sam's Club/Syncb
c/o First National Collection Bureau
610 Waltham Way
Sparks, NV 89434-6695

Sam's Club/Syncb
c/o LVNV Funding
P.O. Box 10587
Greenville, SC 29603-0587

Sam's Club/Syncb
c/o Midland Funding LLC
8875 Aero Dr.
Suite 200
San Diego, CA 92123-2255

Samuel/Commenity Bank
PO Box 182273
Columbus, OH 43218-2273

Seventh Avenue
1112 7th Avenue
Monroe, WI 53566-1364

Sierra Campus
1600 Medical Center Dr. #405
El Paso, TX 79902-5008

Sierra Campus
c/o Transworld Systems, Inc.
507 Prudential Rd.
Horsham, PA 19044-2308

Sierra Medical Center
1625 Medical Center Dr.
El Paso, TX 79902-5044

Sierra Medical Center
c/o Central Financial Control
Box 830913
Birmingham, AL 35283-0913

Social Security Administration
P.O. Box 15528
Kansas City, MO 64106-0528

Sol City Urgent Care Physicians
P.O. Box 98545
Las Vegas, NV 89193-8545

Sol City Urgent Care Physicians
c/o NCO Financial Services
507 Prudential Rd.
Horsham, PA 19044-2308

Sol City Urgent Care Physicians
c/o Transworld Systems, Inc.
9525 Sweet Valley Drive
Cleveland, OH 44125-4237

Swiss Colony
1112 7th Ave
Monroe, WI 53566-1364

(p)C O AMERICAN INFOSOURCE LP
4515 N SANTA FE AVE
OKLAHOMA CITY OK 73118-7901

T Mobile
c/o Amsher Collection Services
600 Beacon Parkway West, Suite 300
Birmingham, AL 35209-3114

T Mobile
c/o Diversified Consultants, Inc.
P.O. Box 551268
Jacksonville, FL 32255-1268

T Mobile
c/o Enhanced Recovery Corporation
P.O. Box 57547
Jacksonville, FL 32241-7547

Target Card Services
P.O. Box 1581
Minneapolis, MN 55440-1581

Tenet Healthsystem Medical
1445 Ross Ave Suite 1400
Dallas, TX 75202-2703

The Cash Store
5620 Dyer St.
El Paso, TX 79904-6242

Tier 1 Physical Therapy and Sports
4849 N. Mesa St.
Suite 201
El Paso, TX 79912-5919

U.S. Attorney/FHA/HUD/IRS/VA
601 N.W. Loop 410
Suite 600
San Antonio, TX 78216-5512

United States Trustee - EP12
U.S. Trustee's Office
615 E. Houston, Suite 533
P.O. Box 1539
San Antonio, TX 78295-1539

Walmart/Synchrony Bank
Attn: Bankruptcy Department
P.O. Box 965060
Orlando, FL 32896-5060

Washington Mutual Bank
P.O. Box 44118
Jacksonville, FL 32231-4118

Washington Mutual Bank
c/o Convergent Outsourcing
800 SW 39th St.
Renton, WA 98057-4975

Washington Mutual Bank
c/o LVNV Funding
P.O. Box 10587
Greenville, SC 29603-0587

World Acceptance Corporation
Attn: Bankruptcy Processing Center
PO Box 6429
Greenville, SC 29606-6429

Edgar J. Borrego
Tanzy & Borrego Law Offices
2610 Montana Ave.
El Paso, TX 79903-3712

Luis Antonio Roman
8816 Mount Hagan Dr.
El Paso, TX 79904-2132

Stuart C. Cox
El Paso Chapter 13 Trustee
1760 N. Lee Trevino Dr.
El Paso, TX 79936-4565

Veronica Roman
8816 Mount Hagan Dr.
El Paso, TX 79904-2132

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Best Buy/ HSBC
P.O. Box 15524
Wilmington, DE 19850

Fingerhut Corporation
c/o Jefferson Capital Systems
P.O. Box 23051
Columbus, GA 31902-3051

Internal Revenue Service
Special Procedures Branch
300 E. 8th Street Stop 5022
Stop 5022
Austin, TX 78701

T Mobile
Bankruptcy Department
P.O. Box 53410
Bellevue, WA 98015

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)AmeriCredit Financial Services, Inc., dba
P O Box 183853
Arlington, TX 76096-3853

(u)GE Money Bank
c/o Galaxy Portfolios, LLC

(u)Karate

(u)Navy Exchange Recruit

End of Label Matrix
Mailable recipients   147
Bypassed recipients     4
Total                 151